Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   08–15975 WIL      Chapter:   13

Martin A Eno
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 10/10/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 10/10/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, M Maloney–Raymond 410–962–4373